22 So.3d 839 (2009)
Henry S. KEEL, Appellant,
v.
CENTRAL MORTGAGE COMPANY, Appellee.
No. 4D08-3106.
District Court of Appeal of Florida, Fourth District.
November 25, 2009.
Rehearing Denied January 5, 2010.
Kraig S. Weiss of Silverberg & Weiss, P.A., Weston, for appellant.
Les C. Shields of Ben-Ezra & Katz, P.A., Fort Lauderdale, for appellee.
*840 PER CURIAM.
Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla. 1979).
POLEN, MAY and GERBER, JJ., concur.